**Stephen EARL, Plaintiff-Appellant,**

v.

**UNITED STATES of America,
Defendant-Appellee,**

and

United States V.A.; Sloan D. Gibson, Acting Secretary of V.A.; James Crandell, VA Employee; Dennis McClaine, VA Employee; Lonnie Hatton, VA Employee; Joe Sovatos, VA Employee; E. Douglas Bradshaw, Jr., VA Employee; Tisha Balknell, VA Employee, Defendants.

No. 16-1734

United States Court of Appeals, Fourth Circuit.

Submitted: February 23, 2017

Decided: February 27, 2017

Cedric R. Perry, PERRY & ASSOCIATES, Rocky Mount, North Carolina, for Appellant.

John Stuart Bruce, United States Attorney, G. Norman Acker, III, Kimberly A. Moore, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Earl appeals the district court's order granting summary judgment to the Government on his action under the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Earl v. United States, No. 5:14-cv-00115-F, 2016 WL 3080791 (E.D.N.C. May 31, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED